Ira G. Greenberg
EDWARDS ANGELL PALMER & DODGE, LLP
Attorneys for Plaintiffs
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUALITY KING DISTRIBUTORS, INC., and PRO'S CHOICE BEAUTY CARE, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> CADEAU EXPRESS, INC. and RAMON DESAGE, <br><br> Defendants. | No. 07 CV 2787 (JFB) <br><br><br><br><br> STIPULATION OF DISMISSAL |

WE STIPULATE that this action is dismissed with prejudice and without costs.

Dated: August 14, 2007

_____
Ira G. Greenberg
EDWARDS ANGELL PALMER &
  DODGE, LLP
Attorneys for Plaintiffs
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

*Alan P. Fraade*
Alan P. Fraade
MINTZ & FRAADE, P.C.
Attorneys for Defendants
488 Madison Avenue, Suite 1100
New York, NY 10022
(212) 486-2500

SO ORDERED:

_____
U.S.D.J.

Dated: August __, 2007